# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAYAKRISHNAN K. NAIR, et al, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD SYMMES, et al., <br><br> Defendants. | CASE NO. C19-577 MJP <br><br> ORDER DENYING EX PARTE TRO |

This matter comes before the Court on Plaintiffs' ex parte motion for a temporary restraining order. (Dkt. No. 2.) Having reviewed the motion and the remaining record, the Court DENIES the motion. However, if service is perfected, the Court will entertain a renewed motion for a temporary restraining order.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 3, 2019.

Marsha J. Pechman
United States District Judge

ORDER DENYING EX PARTE TRO - 1