| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| JAYAKRISHNAN K NAIR, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>RICHARD SYMMES, et al.,<br><br>               Defendants. | CASE NO. C19-1577 MJP<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On January 29, 2020, the Court issued a Minute Order directing that the parties file a joint status report by no later than February 10, 2020. (Dkt. No. 22.) The order made it clear that failure to file the report as directed could result in sanctions, up to and including dismissal of the action.

The parties have failed to file the joint status report as ordered. Accordingly, this matter is DISMISSED without prejudice for failure to prosecute.

//

//

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated February 19, 2020.

Marsha J. Pechman
United States District Judge